THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANITA HANKS, | CASE NO. C15-0988-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SHELL OIL CO, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' email notice. The parties have resolved all of Plaintiff's claims against all Defendants and request that the pending motions for summary judgment, (Dkt. Nos. 60, 63), withdrawn while they resolve administrative issues before filing a notice of settlement. The Court GRANTS this request. The Court directs the Clerk to TERMINATE the motions (Dkt. Nos. 60, 63). All other deadlines in this case are VACATED.

DATED this 20th day of March 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk